UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SARA ELYAS,

    Plaintiff,

v.

MAHA GEBRIL,

    Defendant.

_____/

Case No. 1:19-cv-942

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff filed this civil action on November 6, 2019. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on November 14, 2019, recommending that this Court dismiss the action for lack of subject matter jurisdiction. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 6) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the complaint (ECF No. 1) is DISMISSED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith. See *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.


Dated:  December 9, 2019                    /s/  Paul L. Maloney
                                           Paul L. Maloney
                                           United States District Judge