UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


SARA ELYAS,

       Plaintiff,

                                            Case No. 1:19-cv-942

v.

                                            HONORABLE PAUL L. MALONEY

MAHA GEBRIL,

       Defendant.

_____/


**<u>JUDGMENT</u>**

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.


Dated:  December 9, 2019                         /s/  Paul L. Maloney
                                              Paul L. Maloney
                                            United States District Judge